# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NH70 | F 5295838 | CLUMEY | 2520 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03-29-2025  06:45 | 36 CFR 262.58 (e) |

Place of Offense

AMC Pinkham

Offense Description: Factual Basis for Charge          HAZMAT ☐

Camping in a prohibited area

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Kane | Pattrick | D |

| Tag No. | State | Year | Make/Model | Class ☐ | Color |
|---|---|---|---|---|---|
| 3BPV 27 | MA | | MERC Van | | blue |

APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200.00   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT →**   $ 230.00   Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy
Previous edition is obsolete

*F5295838*

FS-5300-4 (1/2020)

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

_____ my personal observation          _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident